# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

June 08, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-50435    LULAC Texas v. Hughes  
                    USDC No. 5:21-CV-844  
                    USDC No. 1:21-CV-786

The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error.

The mandate issue date is July 10, 2023.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Casey A. Sullivan, Deputy Clerk  
                          504-310-7642

Mr. Jonathan Backer  
Mr. William Francis Cole  
Mr. Philip Devlin  
Mr. Christopher D. Dodge  
Mr. Uzoma Nkem Nkwonta  
Ms. Lanora Christine Pettit  
Alisa Philo  
Ms. Bonnie Ilene Robin-Vergeer  
Mr. William Thomas Thompson  
Ms. Colleen Tran